VINCENT D. BERESHEIM et al., Respondents, *v.* CITY OF NEW YORK et al., Appellants.

Submitted November 27, 1950; decided November 30, 1950.

*Edwin B. Goddin* for motion.

*John P. McGrath, Corporation Counsel* (*Seymour B. Quel* and *Joseph J. Lucchi* of counsel), opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.